# United States Court of Appeals
## For the First Circuit

---

No. 06-2185

UNITED STATES OF AMERICA,

Appellant,

v.

GARY JAMES MILO,

Defendant, Appellee.

---

ERRATA

The opinion of this Court, issued on October 30, 2007, should be amended as follows:

On page 9, line 7 of first paragraph, replace "elocution." with "allocution.".